CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUL 0 1 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:00-cr-00066 |
| | ) | Civil Action No. 3:07-cv-80016 |
| v. | ) | **2255 FINAL ORDER** |
| | ) | By: Hon. Norman K. Moon |
| ERIC MARTIN VAN BUREN. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion for summary judgment is **GRANTED** and the above referenced motion, pursuant to 28 U.S.C. § 2255, is hereby **DISMISSED**. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for respondent.

ENTER: This 1st day of July, 2008.

_/s/ Norman K. Moon_
United States District Judge