# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC MARTIN VAN BUREN,<br>*Defendant.* | CASE NO. 3:00–cr–00066—001<br><br><u>ORDER</u><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendant's "motion to have heard new substantive rule per the Court's discretion" (dkt. 114) and "Rule 36 Motion" (dkt. 115) are **DENIED**. The Clerk is instructed to send a copy of this Order to Van Buren.

Entered this  31st  day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE